```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

   UNITED STATES OF AMERICA  04 CR 10185 GAO
                          )     Case No.
        v.                )
                          )     VIOLATIONS:
                          )     18 U.S.C. § 473- Dealing in
                          )     Counterfeit Obligations of
                          )     the United States
   PATRICK DEAL           )     18 U.S.C. § 371 - Conspiracy
                          )
```

## INFORMATION

COUNT ONE: (18 U.S.C. §§ 473 - Conspiracy to Deal in Counterfeit
           Obligations of the United States)

The United States Attorney charges that:

From on or about January 16, 2004 to February 2, 2004 at Boston, Winthrop, and Everett, in the District of Massachusetts,

**PATRICK DEAL,**

defendant herein, did conspire with Fernando Marroquin to sell, exchange, transfer, receive and deliver false, forged, counterfeited and altered obligations and other securities of the United States, to wit: $44,100.00 in counterfeit U.S. currency, with the intent that the same be passed, published, and used as true and genuine.

All in violation of Title 18, United States Code, Sections 371 and 473.

```
                                    Respectfully submitted,
                                    MICHAEL J. SULLIVAN
                                    United States Attorney

                              By:   /s/ William H. Connolly
                                    William H. Connolly
                                    Assistant U.S. Attorney

Date: June 21, 2004
```