UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                              )
UNITED STATES OF AMERICA      )
                              )
v.                            )     Criminal No. 04-10185-GAO
                              )
PATRICK DEAL                  )
                              )
```

JOINT MOTION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME

The parties respectfully request a continuance of the Status Conference currently scheduled for December 9, 2004. As grounds for this motion, the parties state that they are actively negotiating a resolution to this matter and it is expected that a continuance will provide the parties an opportunity to resolve this case short of trial. The parties request that the matter be rescheduled to a date after January 10, 2005.

In addition, for the above-stated reasons, the parties respectfully request that the time from December 9, 2004, to the date set for the Status Conference be excluded pursuant to 18 U.S.C. §3161(h)(8)(A).

Respectfully submitted,       Respectfully submitted,

MICHAEL J. SULLIVAN           PATRICK DEAL
United States Attorney,       By His Attorney,
By:


/s/ William H. Connolly       /s/ Diana Lloyd (WHC)
WILLIAM H. CONNOLLY           DIANA LLOYD
Assistant U.S. Attorney

-1-

```
December 6, 2004
DATE:      December 6, 2004
```