UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 04-10185-GAO |
| | ) | |
| PATRICK DEAL | ) | |
| | ) | |

JOINT MOTION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME

    The parties respectfully request a continuance of the Status Conference currently scheduled for January 19, 2005. As grounds for this motion, the parties state that they are actively negotiating a resolution to this matter and it is expected that the defendant will be prepared to enter a plea of Guilty on a date after February 1, 2005. The parties therefore request that a Rule 11 hearing be scheduled for a date after February 1, 2005.

    In addition, for the above-stated reasons, the parties respectfully request that the time from January 19, 2005, to the date set for the Status Conference be excluded pursuant to 18 U.S.C. §3161(h)(8)(A).

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| MICHAEL J. SULLIVAN<br>United States Attorney,<br>By: | PATRICK DEAL<br>By His Attorney, |
| /s/ William H. Connolly<br>WILLIAM H. CONNOLLY<br>Assistant U.S. Attorney | /s/ Diana Lloyd (WHC)<br>DIANA LLOYD |

-1-

```
DATE:     January 14, 2005
```