# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

04-10185 - GAO

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. ~~04-1625 CBS~~ |
| | ) |
| v. | ) |
| | ) |
| PATRICK DEAL | ) |
| | ) |
| | ) |

## WAIVER OF INDICTMENT

Defendant Patrick Deal, after having been advised of the nature of the felony charges in this proceeding, and of his rights, hereby waives in open court prosecution by indictment and consents that this proceeding may be by information instead of by indictment.

Patrick Deal
Defendant

Diana K. Lloyd, Esq.
Attorney for Defendant

Date: 3/9/05

Before me:

U.S.D.J.