UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES                       )
                                    )
                                    )
 v.                                 )   Cr. No. 04-10185-GAO
                                    )
PATRICK DEAL,                       )
                    Defendant.      )
_____)

### ASSENTED-TO MOTION OF THE DEFENDANT TO CONTINUE THE SENTENCING HEARING

The Defendant, Patrick Deal ("Mr. Deal"), with the assent of the United States, hereby respectfully moves this Court to continue the sentencing hearing in the above captioned matter. By this Motion Mr. Deal requests that the sentencing hearing, which is currently scheduled for June 9, 2005 at 2:30 PM be continued to **June 29, 2005, June 30, 2005, July 6, 2005, July 7, 2005**, or to a date thereafter that is convenient to the Court.

As grounds for this Motion, Mr. Deal states as follows:

1. The final Presentence Report has not yet been submitted by the United States Probation Office. Accordingly, Mr. Deal's counsel requires additional time to prepare a sentencing memorandum on Mr. Deal's behalf.

2. The United States, by AUSA William Connolly, assents to this Motion and the United States Probation Office, by Probation Officer Stephanie Henshaw, does not object to this Motion.

3. The grant of a continuance will not impair the swift resolution of this matter and is in the interest of justice.

3930484v1

**WHEREFORE**, Mr. Deal, with the assent of the United States, respectfully requests that the Court continue the sentencing hearing to **June 29, 2005, June 30, 2005, July 6, 2005, July 7, 2005**, or to a date thereafter that is convenient to the Court.

**Respectfully submitted,**

PATRICK DEAL,
by his attorneys,


  /s/ Diana K. Lloyd
Diana K. Lloyd (BBO# 560586)
Alton A. J. Harmon (BBO# 655832)
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, MA  02109
Telephone:  (617) 248-5000

DATE: June 1, 2005

## Certificate of Service

This is to certify that a copy of the foregoing motion was served via first class mail on this 1st day of June, 2005, on AUSA William Connolly with a copy to United States Probation Officer, Stephanie Henshaw.

DATE: June 1, 2005

  /s/ Diana K. Lloyd
Diana K. Lloyd

3731921v1