# Exhibit A

5/20/05

To Whom it may concern,

Patrick is a good kind person, He is a family man who loves his children when his marriage broke up it took a lot out of him, He has always been a hard worker and alway had a Job - What He got involved was so out of his character, And I can say without a doubt he will never do it again. All he wants now is to come home and start over again, and get back into the church and his family, So if you could find it in your heart to give him the chance, I know you won't regret it

Thank You
Patricia Herman