# Exhibit B

To Whom it may Concern.

I am writing this letter to let you know that my Brother is a good man, back when he lived in Oklahoma he was a Church going loving father to his two daughters and a very hard worker. I have learned alot of things in my life growing up with my Brother he has taught me respect, honesty, and faith. it was totally out of his Character to do what he did. I was shocked when I got the news because my brother would never have done that he is a good person inside and out.

Karen Goodwin
his Sister.