# Exhibit C

May 25, 2005

To Whom It May Concern:

My name is Crystal Deal and I am Patrick Noel Deal's niece. Well he has been more of a father figure to me because I never met my biological father. He taught me the values of life and without help from him I wouldn't be half the woman I am today. I am now 18 years old and am a sophmore at the University of Central Oklahoma. Without him I would not have the drive for this. Whenever I worked at his restaurant in OKC, OK he always made my schoolwork be my 1st priority.

My uncle Pat use to tell me education was the key to life. He always gave me the advise I longed for from a father. Madison, Devon, and me were his girls. He would do anything to keep them happy. They were his world. Without them he would lose his soul. They want their Dad and that is only possible if you have mercy on my

uncle, my father.

Patrick Noel Deal never missed a Sunday at church, and he always urged his children to go and be good servants. He longed to be what God wanted him to be.

This was completly out of his character. His actions were completely unbelievable, and I believe that he would never ever do this again. I can almost be he would never even break the law again, not even so much as a parking ticket. Please have mercy on my family. We need him, for without, our lives will never be complete again. I want him to be able to come to my college graduation and my wedding. In fact I want him to walk me down the isle. Please realize this wasn't him and he loves us + wants to come home.

Crystal J Deal
*Crystal J Deal*