# Exhibit D

Dear The Honorable George A. O'Toole,

My name is Mandy Renee Deal. I am writing in regards to Patrick Noel Deal Jr. I have known Patrick for over ten years. In the years I have known him he has not ever been into any trouble. To my knowledge he received speeding tickets however that is the extent of trouble.

What Patrick has done was a complete shock to me. It is completely out of character for him. When the incident occurred Patrick and I had recently divorced. I know it was an extremely tough time for our entire family. Patrick seemed extremely depressed. To this day I still cannot believe Patrick did this. It is not in his character to commit this crime. I know he is very sorry and embarrassed for what he did.

He has worked with the government and I know he would continue if needed. I know Patrick will never do such a thing again. It is just not him.

Since the incident he has continued to work holding down the same job. At his place of business the manager has been looking to promote Patrick. Due to Patrick's honesty, his

employer knows all about the incident. However, the continue to consider him for this promotion. The only thing holding the promotion back is the possibility of him going the jail.

I believe most people would unfortunately not be as honest as Patrick has been. I believe they (most people) would try to hide this information from their employer, fearing the loss of their job. Patrick has been very upfront with his employer.

I pray Patrick does not get time in jail. I think it would only depress him and be very detrimental to his future. The fact that he will have this on his record is MAJOR PUNISHMENT in my eyes. Which unfortunately he did this crime, of course it will be on record. It is nothing he will ever be able to escape. He will have to live with this for the rest of his life.

Patrick and I have a child together. Her name is Madison, she is five years old. He has missed so much being so far away. If he were in jail he wouldn't see her at all. I could not let her see him that way. Please do not send him to jail. Confining him to his home letting

him continue to work and possibly get the promotion is what I pray for him to get sentenced at the max sentence. I have never been into any kind of trouble. Therefore, I don't necessarily understand the system. However, I do understand Patrick would be better off to not get sent to jail.

Thank you so much for taking the time to read this letter. Please send him home. I appreciate your consideration.

Sincerely,

Mandy R. Deal

