# Exhibit E

Neil Lindenmayer
Executive Chef
Uptown Gourmet @ The Mathworks
3 Apple Hill Dr.
Natick, Mass.
Tel: 508-647-7528
Café @ Mathworks.com

To whom it may concern:

   I am writing this letter to express my support for Patrick Deal. As the Executive Chef for the company, Patrick works directly under me and I feel that I have a good understanding of his character. Patrick has been employed by Uptown Gourmet (Olson Gourmet LLC) for the last 13 months and in this time has demonstrated to me and the management team that he is an asset to the company.

Beginning with the interview process, Patrick was up front and honest about his personal situation and it's potential outcome. It was with this sincerety that the position was offered to him.

With consideration to his extensive culinary background, and to his credit, he accepted a position well below his ability as well as pay scale and has performed admirably.
He is solid in his work ethic, punctual for work and available for working extra hours. He has been put in positions of responsibility and is a favorite with the customers.

   Patrick has confided in me often and I believe that he has reflected on his past poor actions and now regrets the repercussions it has made on his personal, family & professional life.

You may contact me at any time for any further discussion.

                                                         Sincerely,
                                                         Neil Lindenmayer
                                                         Executive Chef