# Exhibit F

June 24, 2005

To Whom It May Concern:

The letter below is a statement of actions performed by Patrick Deal.

Patrick was hired by me as the general manager of Olson Gourmet LLC.

Thirteen months ago Patrick interviewed with me for a grill chef position at our Natick Ma. Facility.

The grill chef position that I offered him was well beneath his realm of expertise but after further explanation of his past problems and ongoing situation I decided I would take a chance with Patrick since I felt every comment was sincere about rebuilding his life.

After I reviewed Patrick Deal I felt that not only did I make a great decision not to judge a book by its cover I was amazed that he was settling in very comfortable and has become a key asset to my company.

Patrick has made many friends here at our company and is looking forward to opportunity to become part of our management team in the future.

I strongly believe that all of his life's mistakes are in the past and his new outlook on life is inspiring to others he guides in our complex and diverse setting.

If any other assistance is needed please feel free to contact me at any time.


Kevin DellArciprete
General Manager
Olson Gourmet LLC
1-508-647-7528