Deal SOR.txt

1

```
 1           UNITED STATES DISTRICT COURT FOR
                THE DISTRICT OF MASSACHUSETTS
 2

 3                                  )
 4  UNITED STATES OF AMERICA,       )
                                    )
 5            Plaintiff,            )
                                    )   Criminal Action
 6                                  )   No. 04-10185-GAO
    vs.                             )
 7                                  )
                                    )
 8  PATRICK DEAL,                   )
                                    )
 9            Defendant.            )
                                    )
10

11

12       EXCERPTED TRANSCRIPT OF SENTENCING HEARING
                     STATEMENT OF REASONS
13

14     BEFORE THE HONORABLE GEORGE A. O'TOOLE, JR.
               UNITED STATES DISTRICT JUDGE
15

16              United States District Court
             John J. Moakley U.S. Courthouse
17                  1 Courthouse Way
             Boston, Massachusetts  02210
18                    July 7, 2005
                       2:30 p.m.
19

20
                       * * * * * *
21

22             SHELLY M. KILLIAN, CM
                Official Court Reporter
23          John J. Moakley U.S. Courthouse
             1 Courthouse Way, Room 3510
24                Boston, MA  02210
                   (617) 737-7117
25
```

2

```
 1  APPEARANCES:

 2  For the Plaintiff:

 3  William H. Connolly
    United States Attorney's Office
 4  John Joseph Moakley Federal Courthouse
    1 Courthouse Way, Suite 9200
```

Page 1

                                    Deal SOR.txt
5  Boston, Massachusetts  02210

6  For the Defendant:

7  Diana K. Lloyd, Attorney at Law
   Choate, Hall & Stewart
8  Exchange Place
   53 State Street
9  Boston, Massachusetts  02109-2804

10 Probation Officer:  Stephanie Henshaw

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                                                    3

1              P R O C E E D I N G S
2              (The following proceedings were held in open court
3      before the Honorable George A. O'Toole, Jr., United States
4      District Judge, United States District Court, District of
5      Massachusetts, at the John J. Moakley United States Courthouse,
6      1 Courthouse Way, Boston, Massachusetts, on July 7, 2005.
7              The defendant, Patrick Deal, is present with
8      counsel.  Assistant United States Attorney William Connolly is
9      present.)

                                Page 2

Deal SOR.txt
```
10                      (Excerpt begins.)
11                      THE COURT:  Well, as to the defendant's motions,
12         the 5K2.0, I do not think the conditions justify a departure
13         within the jurisprudence that developed under the guidelines
14         when they were mandatory.  So those motions would be denied.
15                      The government's motion under 5K1.1 is granted.
16         And I agree with the defendant that one-level of the sentencing
17         table is not much of a recognition of the cooperation in this
18         case, which I think did, it seems probable, expose the
19         defendant to some personal risk, perhaps even physical
20         violence, particularly as events unfolded.  Defining the
21         adjustment how much more than one it will be, whether two or
22         three, is really sort of -- can come close to mathematical
23         quibbling, particularly in an environment where some of the
24         Scriptures of the guidelines are no longer necessarily
25         applicable.  I think it's appropriate to perhaps, just for the

                                                                        4

1          sake of articulating it, depart three levels to a level 10.
2          That would have a presumptive range of six to 12 months.
3                       Now, having reference to the other factors, there
4          are two factors that stand out here, I think, as needing some
5          consideration.  Let me put aside the ones that don't.  I agree
6          with the defendant that in terms of specific deterrence,
7          there's -- that's not a driving factor in this sentence.  I
8          think that Mr. Deal recognizes the error and is unlikely to
9          repeat it.  So I'm not influenced by that.
10                      There is some role for general deterrence, and that
11         relates to one of the other factors that I think is important,
12         and that is recognizing the seriousness of the offense.  This
13         is a sizable amount of counterfeit money brought in from
14         outside the U.S. and it is not a trivial offense and somehow
```

Deal SOR.txt

15   the sentence ought to take account of that.
16           One of the other factors that we are now more free
17   to give effect to under the post-Booker -- in the post-Booker
18   environment is the factor which asks the Court to consider the
19   types of sentences that are available. I think that's more
20   than simply recognizing that there are things that are legally
21   available and suggests that the availability ought to be tied
22   in some way to the particular circumstance of the case and
23   suggests some ability to tailor the sentence appropriately,
24   without necessarily being bound by requirements of the
25   guidelines.

                                                                5

1            So my resolution is to impose a period of three
2   years of probation, the first 12 months to be spent in home
3   confinement. I choose 12 months -- it's at the high end of the
4   six to 12 range, but it is of course -- I'm going to treat it
5   as nonimprisonment. I think that gives recognition to the
6   seriousness of the offense. There's got to be some bite to the
7   penalty. On the other hand, I think home confinement and
8   probation permits the defendant to continue in his employment
9   and to get his feet on the ground in the real world. So I
10  think that's why I choose that combination.
11           Now, I recognize that the guidelines, if they were
12  mandatory, would limit the ability to make the entire period a
13  home confinement period. It would have to be an exchange,
14  some -- Zone B this would be -- at least one month would have
15  to be imprisonment. But since that is simply advice now and
16  not a mandate, I choose not to follow it; and there will be no
17  period of imprisonment, even though if it was strictly under
18  the guidelines, it would have to be. So it will be all home
19  confinement under the conditions of probation.

Deal SOR.txt

20       MS. LLOYD:  May I ask a question?  In addition to
21  being permitted to continue to work, I assume Mr. Deal will be
22  -- he's also been trying to gain some secondary employment,
23  looking for a second job.  I assume he would be able to
24  continue to do that and to go to doctor's appointments and --
25       THE COURT:  Well, yes, there are -- sure.

                                                                6

1   Probation can fill in the details.  There are -- I think
2   there's a protocol that is customary.
3            Perhaps can you just tell us briefly about it.
4            PROBATION OFFICER:  Yes, there is a schedule that
5   will be worked out with the supervision officer.  And there is
6   time allowed to do mandatory stuff, employment, doctor's
7   appointments, church, anything like that.  But that will be
8   worked out with you and the officer.
9            THE COURT:  So, Mr. Deal, if you'd stand.  Patrick
10  Deal, on your conviction of this offense and pursuant to the
11  Sentencing Reform Act of 1984, it is the judgment of the Court
12  that you be and you hereby are placed on probation for a term
13  of three years.
14           While you're on probation, you shall not commit any
15  other federal, state, or local crime.  You shall refrain from
16  the unlawful use of any controlled substance and shall submit
17  to a drug test within 15 days of your commencement of probation
18  and at least two periodic drug tests thereafter, as may be
19  directed by your probation officer, not to exceed a total of
20  104 tests in any given year.
21           You are to cooperate with your probation officer in
22  the collection of a DNA sample.
23           In addition, you are to comply with all the
24  standard conditions made applicable to the status of probation

Deal SOR.txt

25  by the Sentencing Guidelines.  Those conditions are set forth

                                                                                                                                     7

1   in the guidelines at Section 5B1.3(c), and they're incorporated
2   by reference.
3           In addition, you shall comply with the following
4   special conditions:  You are prohibited from possessing a
5   firearm or other dangerous weapon.  You are to serve the first
6   12 months of your probation in home detention with electronic
7   monitoring and will be liable to pay the daily fee required for
8   each day under electronic monitoring.  You are to participate
9   in any program for substance abuse counseling or mental health
10  counseling, as may be directed by your probation officer.  In
11  the case of substance abuse counseling, it may include random
12  testing, not to exceed 104 tests in a given year.  And you may
13  be required to contribute to the costs of any such program
14  based either on your ability to pay or on the availability of
15  third-party reimbursement.
16          I will not impose a monetary fine in view of the
17  financial circumstances and obligations disclosed in the
18  report.  There is a mandatory special assessment in the sum of
19  $100.
20          THE CLERK:  Mr. Patrick Deal, you have the right to
21  file a Notice of Appeal in this case.  If you do wish to file
22  an appeal, you must file it within ten days from the date the
23  judgment is entered.  If you cannot afford an attorney to file
24  the appeal on your behalf, you may request the clerk of the
25  Court to file it for you, and I will do so.  Do you understand

                                                                                                                                     8

1   sir?
2           THE DEFENDANT:  Yes, sir.
3           Thank you, your Honor.

```
                         Deal SOR.txt
 4            THE COURT:   All right, thank you.
 5            MS. LLOYD:   Thank you, your Honor.
 6            (Adjourned, 2:42 p.m.)
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```