UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>PATRICK DEAL,<br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)　Cr. No. 04-10185-GAO<br>)<br>)<br>) |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that, as of **Monday, August 1, 2005**, the address of Choate, Hall & Stewart, LLP, counsel for Defendant Patrick Deal, will change to Two International Place, Boston, MA 02110. The telephone number of counsel and their individual electronic mail addresses will remain the same. The individual attorneys listed below will update their electronic filing account information accordingly.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　PATRICK DEAL,
　　　　　　　　　　　　　　　　　　by his attorneys,


　　　　　　　　　　　　　　　　　　　/s/ Diana K. Lloyd
　　　　　　　　　　　　　　　　　　Diana K. Lloyd (BBO# 560586)
　　　　　　　　　　　　　　　　　　Alton A. J. Harmon (BBO# 655832)
　　　　　　　　　　　　　　　　　　CHOATE, HALL & STEWART, LLP
　　　　　　　　　　　　　　　　　　Exchange Place
　　　　　　　　　　　　　　　　　　53 State Street
　　　　　　　　　　　　　　　　　　Boston, MA  02109
　　　　　　　　　　　　　　　　　　Telephone:  (617) 248-5000

　　　　　　　　　　　　　　　　　　DATE: July 28, 2005

3964473_1.DOC