

# MEMORANDUM

**To:** The Honorable George A. O'Toole
U.S. District Judge
**From:** Michael J. Galluzzo
U.S. Probation Officer
**Re:** Patrick Deal
Dkt.# 04 CR 10185-001-GAO
Request for International Travel
**Date:** September 28, 2007

As Your Honor may recall, Patrick Deal appeared before Your Honor on 7/7/05, having previously pled guilty to Conspiracy to Deal in Counterfeit Obligations of the United States in violation of 18 U.S.C. 371 & 473. Mr. Deal was sentenced to 3 years Probation and to pay a Special Assessment Fee of $100 which has been paid in full.

The purpose of this memorandum is to advise Your Honor that the above captioned offender has requested permission to travel to the island of Tortola of the British Virgin Islands. Mr. Deal had made arrangements for a cruise departing on 10/2/07 without appropriate consideration for the international travel component. In an effort to not overly inhibit the offender, attempts have been to speak to the Immigrations Office for the British Virgin Islands to obtain confirmation that there are no objections to his traveling there.

This writer has made contact with the Chief Immigrations Officer for the British Virgin Islands and has confirmed that there are no objections to Mr. Deal traveling to Tortola while on board the cruise ship. It has been requested and Mr. Deal has been instructed not to disembark while in port at Tortola. A review of Mr. Deal's travel itinerary reveals that this is the only international stop scheduled for his cruise. District policy requires Your Honor's consent for international travel.

Reviewed/Approved by:


Brian McDonald
Supervising U.S. Probation Officer

I concur ✓
I do no concur _____

_____
The Honorable George A. O'Toole